**Order entered September 21, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01101-CV
### No. 05-17-01102-CV

### IN RE SENRICK S. WILKERSON, Relator

### Original Proceeding from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause Nos. F10-01183 and F10-01184

## ORDER
Before Justices Francis, Brown, and Whitehill

Based on the Court's opinion of this date, we **DISMISS** relator's September 15, 2017 petition for writ of mandamus for want of jurisdiction.

/s/     MOLLY FRANCIS
         JUSTICE